# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee



FILED
JAN 14 2019
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>Funds on deposit in Iberia Bank Account<br># 3000103824 in the name of BMFL Enterprises<br>LLC, up to the amount of $77,000 | )<br>)<br>)<br>)<br>)<br>) Case No. 3:18-MJ-2223 |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Eastern___ District of ___Tennessee___ is subject to forfeiture to the United States of America under __21__ U.S.C. §§ 853, 881(a)(6), 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(A) and/or 18 U.S.C. § 982(a)(1). *(describe the property)*:

Funds on deposit in Iberia Bank Account # 3000103824, in the name of BMFL Enterprises LLC, up to the amount of $77,000; which is property that constitutes and/or is derived from proceeds obtained directly or indirectly as a result of the offenses of 21 U.S.C. §§ 841 and 846 and any property involved in the offenses of 18 U.S.C. § 1957 and any property traceable to such property.

**THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED** to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from the account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Internal Revenue Service with the current account balance, and continue to accrue any deposits, interest, dividends, and any other amount credited to the account fourteen (14) days from the seizure of the account.

The application is based on these facts:
The Affidavit attached hereto and incorporated herein by reference sets forth probable cause for the seizure of the property in accordance with civil forfeiture pursuant to 18 U.S.C. § 981(b) and 21 U.S.C. § 881 and in accordance with criminal forfeiture pursuant to 21 U.S.C. § 853(e) and (f) and 18 U.S.C. § 982(b)(1). The property is subject to civil forfeiture in accordance with 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(A) and 21 U.S.C. § 881(a)(6) and is subject to criminal forfeiture in accordance with 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1).

*Crystal Centers*
Applicant's signature

Crystal Centers, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/12/18

*Bruce Guyton*
Judge's signature

City and state: Knoxville, Tennessee        Bruce Guyton, United States Magistrate Judge
Printed name and title