AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED
JAN 14 2019
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
**Funds on deposit in Iberia Bank Account # 3000103824 in the** )  Case No. 3:18-MJ-2223
**name of BMFL Enterprises LLC, up to the amount of $77,000** )
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the **Eastern** District of **Tennessee** be seized as being subject to forfeiture to the United States of America. The property is described as follows:
**Funds on deposit in Iberia Bank Account # 3000103824, in the name of BMFL Enterprises LLC, up to the amount of $77,000**

THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Internal Revenue Service with the current account balance, and continue to accrue any deposits, interest, dividends, and any other amount credited to the account fourteen (14) days from the seizure of the account.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  12/19/18
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 12/12/18 at 5:00 pm   *[signed] Bruce Guyton*
*Judge's signature*

City and state: Knoxville, Tennessee   Bruce Guyton, United States Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:18-MJ-2223 | Date and time warrant executed: 12-13-18 10:13 AM | Copy of warrant and inventory left with: Gabriella Collins |

Inventory made in the presence of:
Jessica Oliver - Iberia Bank; SA Jay Thomas

Inventory of the property taken:

1.) Cashier's Check - Iberia Bank - Check #684377 in amount of $77,000.00

2.) Cashier's Check - Iberia Bank - Check #684378 in amount of $16,322.52

Both checks made payable to Department of Treasury

FILED
JAN 14 2019
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12-14-2018

_____
Executing officer's signature

Alex Meyer - Special Agent
_____
Printed name and title

## Cashier's Check 684377

**iBERIABANK**

REMITTER: IBERIABANK REF. BMFL ENTERPRISES LLC

Date: 12/14/18
Branch: 0237

PAY TO THE ORDER OF: DEPARTMENT OF TREASURY

EXACTLY **77,000 AND 00/100 DOLLARS — $77,000.00

Signed: Gabriella Collins

⑈0000684377⑈ ⑆265270413⑆ 807007001⑈

## Cashier's Check 684378

**iBERIABANK**

REMITTER: IBERIABANK REF. BMFL ENTERPRISES LLC

Date: 12/14/18
Branch: 0237

PAY TO THE ORDER OF: DEPARTMENT OF TREASURY

EXACTLY **16,322 AND 52/100 DOLLARS — $16,322.52

Signed: Gabriella Collins

⑈0000684378⑈ ⑆265270413⑆ 807007001⑈



FILED
JAN 14 2019
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville